No. 771. BAUMEL ET AL. *v.* ROSEN ET AL.; and
No. 881. ROSEN ET AL. *v.* BAUMEL ET AL. C. A. 4th Cir. Certiorari denied. *Morton E. Yohalem, George Cochran Doub,* and *Eugene Gressman* for petitioners in No. 771. *H. Vernon Eney* and *Robert R. Bair* for respondents in No. 771 and for petitioners in No. 881. Reported below: 412 F. 2d 571.

No. 773. UNITED STATES *v.* MISSOURI PACIFIC RAILROAD CO. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Walters, Matthew J. Zinn,* and *Stuart A. Smith* for the United States. *Robert T. Molloy* and *John P. Downes* for respondent.

No. 775. NARRAGANSETT RACING ASSN., INC., ET AL. *v.* BERMAN ET AL. C. A. 1st Cir. Certiorari denied. *Stanley M. Brown* for petitioners. *J. Fleet Cowden* for respondents.

No. 776. WILLIAMS-MCWILLIAMS, INC., ET AL. *v.* MASSEY. C. A. 5th Cir. Certiorari denied. *Brunswick G. Deutsch* and *René H. Himel, Jr.,* for petitioners.

No. 777. SEVEN SLOT MACHINES ET AL. *v.* KANSAS. Sup. Ct. Kan. Certiorari denied. *Bobby Wilson Storey* for petitioners. *Kent Frizzell,* Attorney General of Kansas, and *J. Richard Foth, Richard H. Seaton,* and *Edward G. Collister, Jr.,* Assistant Attorneys General, for respondent.

No. 780. BRUNER ET AL. *v.* REPUBLIC SUPPLY CO. C. A. 5th Cir. Certiorari denied. *Robert A. Scardino* for petitioners. *David T. Searls* and *John Leroy Jeffers* for respondent.